UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1512

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. |
| Plaintiff, | |
| | COMPLAINT FOR VIOLATION OF: |
| v. | |
| **Pedro Roman MORENO-Jaramillo,** | Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii) Bringing in Illegal Aliens Without Presentation |
| Defendant(s) | |

The undersigned complainant, being duly sworn, states:

On or about **May 13, 2008,** within the Southern District of California, defendant **Pedro Roman MORENO-Jaramillo**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Luis Miguel CONTRERAS-Barragon, Froylan CONTRERAS-Barragan, and A. R. Z (Juvenile),** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **MAY 2008.**

_____
Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Pedro Roman MORENO-Jaramillo

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Luis Miguel CONTRERAS-Barragon, Froylan CONTRERAS-Barragan, and A. R. Z (Juvenile)** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 13, 2008, at approximately 7:40 p.m. Border Patrol Agent R. Nava responded to a call of four suspected illegal-entrant aliens running northbound in the southbound lanes of Interstate 5 near the San Ysidro, California Port-of-Departure. Upon responding to the area, Agent Nava observed four individuals running northwest.

Agent Nava identified himself as a Border Patrol Agent and ordered the subjects to stop. All four individuals stopped and Agent Nava proceeded to question them as to their immigration status. One of these subjects was later identified as the defendant **Pedro Roman MORENO-Jaramillo**. All four subjects, including the defendant, admitted to being citizens and nationals of Mexico without the proper immigration documents to be or remain in the United States legally. All four individuals were arrested and transported to the Imperial Beach Border Patrol Station for processing.

STATEMENT BY DEFENDANT: **PEDRO ROMAN MORENO-JARAMILLO**:

The defendant was advised of his Miranda rights. The defendant said that he understood his rights, and that he was willing to answer questions without an attorney. The defendant stated that he is an undocumented Mexican national and that he has never had documents allowing him to enter or be in the United States legally.
When asked how he had become involved in the smuggling of undocumented aliens, the defendant stated that he had initially began working as a foot guide for an Alien Smuggling Organization (ASO) run by a woman called "Dona Carmen", which operated in the Tecate area. The defendant said that he began working with them around May of 2006 and continued until about January of 2007. He stated that he was paid $300.00 (USD) for each undocumented alien he successfully smuggled into the United States.

Regarding today's event, the defendant stated that an alien smuggler he knew from his neighborhood, who is known as "El Muelas" offered him work guiding a group of three aliens up the freeway and that he accepted.

The defendant stated he was to paid $60.00 (USD) for each of three aliens he was to cross, and instructed him to run with the group up the southbound lanes of the freeway at the San Ysidro Port-of-Entry. The defendant stated that he was to have taken these persons to a bridge over the freeway where he was to load them into a taxi which would be parked by some bushes. When asked, the defendant said that he knew the three people he was smuggling did not have documents allowing them to enter the United States legally.

**CONTINUATION OF COMPLAINT:**
**Pedro Roman MORENO-Jaramillo**

## MATERIAL WITNESSES STATEMENTS:

Material witnesses **Luis Miguel CONTRERAS-Barragon, Froylan CONTRERAS-Barragan, and Alejandro RIVAS-Zamora** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally. The material witnesses stated that they were to pay a fee to be smuggled into the United States. Material witnesses **Luis Miguel CONTRERAS-Barragon, Froylan CONTRERAS-Barragan, and A. R. Z (Juvenile)** were shown a photographic line up and were able to identify photograph #2 as the defendant **Pedro Roman MORENO-Jaramillo** as the foot-guide.