1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org

6 Attorneys for Mr. Moreno-Jaramillo

8                   UNITED STATES DISTRICT COURT
9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      )   Case No. 08mj1512
                                  )
12           Plaintiff,            )
                                  )
13 v.                              )
                                  )   **NOTICE OF APPEARANCE**
14 **PEDRO ROMAN MORENO-JARAMILLO,** )
                                  )
15           Defendant.            )
                                  )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.

20                                          Respectfully submitted,

21 Dated: May 21, 2008                       *s/ Bridget Kennedy*
                                            Federal Defenders of San Diego, Inc.
22                                           *bridget_kennedy@fd.org*