UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08CR1793-JM |
| | ) | 08MJ1512-AJB |
| | ) | ORDER |
| vs. | ) | |
| Pedro Roman Moreno-Jaramillo | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Luis Miguel Contreras-Barrajas

DATED: 6/3/08

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
                    DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by /s/ Madueno
              Deputy Clerk